**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1125**

_____

WESLEY EDWARD SMITH, III,

Plaintiff - Appellant,

v.

WALTER W. STOUT; ROBERT A. DYBING; BEVILL DEAN; JOE BIDEN,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, Senior District Judge.  (3:23-cv-00742-HEH)

_____

Submitted:  March 28, 2024                                            Decided:  April 2, 2024

_____

Before KING and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Wesley Edward Smith, III, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wesley Edward Smith, III, appeals the district court's order dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Smith v. Stout*, No. 3:23-cv-00742-HEH (E.D. Va. Jan. 19, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*